BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-Mail: ben@thefiercefirm.com
E-Mail: riley@thefiercefirm.com
*Attorneys for Plaintiff*

*In association with:*
CRAIG M. MURPHY, ESQ.
Nevada Bar No. 4014
**MURPHY & MURPHY LAW OFFICES**
3900 S. Hualapai Way, Ste. 134
Las Vegas, Nevada 89147
Phone:  (702) 369-9696
Fax:  (702) 369-9630
E-mail:  craig@nvpilaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY DAYLEY, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>LVGV, LLC, a Nevada Limited Liability Company dba M Resort Spa and Casino; DOES 1-20, inclusive, and ROE Business Entities 1-10, inclusive,<br><br>                    Defendants. | Case No.: 2:23-CV-00456-JAD-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER RESPONSE TO DEFENDANT LVGV, LLC'S MOTION FOR RULE 35 EXAMINATION**<br><br>**(FIRST REQUEST)** |

Plaintiff, Wendy Dayley, ("**Plaintiff**"), and Defendant, LVGV, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate that:

1. Defendant filed its Motion for Rule 35 Examination ("**Motion**") on November 17,

1

2023. (ECF No. 35).

2.  Plaintiff intends to file a Response/Opposition ("**Opposition**") to the Motion. However, some of the time in which to prepare the Opposition fell within the recent Thanksgiving holiday, and the issues raised in the Motion are significant in light of the Nevada Legislature's recent passage of AB 244 and how it may potentially impact Fed. R. Civ. P. 35 examinations. Thus, additional time will be necessary for Plaintiff to fully research, brief, and otherwise respond to the issues and arguments raised in Defendant's Motion.

3.  Plaintiff's Opposition is presently due on Friday, December 1, 2023.

4.  Given the foregoing, the parties have agreed and stipulate that Plaintiff may receive a two-week extension in which to file her Opposition.

5.  The new deadline for Plaintiff to file the Opposition will be set for **Friday, December 15, 2023.**

/ / /

/ / /

/ / /

/ / /

2

6. The parties submit that this request is not made for an improper purpose or to unnecessarily delay these proceedings. This is the first request for an extension of the deadline for Plaintiff to file her Opposition.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 30, 2023. | Dated: November 30, 2023 |
| **CLOWARD TRIAL LAWYERS** | **WILSON ELSER** |
| /s/ Riley A. Clayton | /s/ Michael P. Lowry |
| _____ | _____ |
| RILEY A. CLAYTON, ESQ. | MICHAEL P. LOWRY, ESQ. |
| Nevada Bar No. 005260 | Nevada Bar No. 10666 |
| 9950 W. Cheyenne Ave. | CHRIS J. RICHARDSON, ESQ. |
| Las Vegas, Nevada 89129 | Nevada Bar No. 9166 |
| *Attorneys for Plaintiff* | 6689 Las Vegas Blvd. South, Suite 200 |
| | Las Vegas, NV 89119 |
| | *Attorneys for Defendant* |

**O R D E R**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED: November 30, 2023

3