UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WENDY DAYLEY, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>LVGV, LLC, a Nevada Limited Liability Company d/b/a M Resort Spa and Casino, Does 1-20, inclusive; and Roe Business Entities 1-10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00456-CDS-EJY<br><br>**ORDER** |

    Pending before the Court is the Stipulation and Order to Modify Discovery Plan and Scheduling Order to Extend Discovery Deadlines. ECF No. 49. The Stipulation is granted in part. To the extent the parties have failed to conduct discovery other than discovery directly related to Plaintiff's Rule 35 examination (which would reasonably include Plaintiff's deposition, the deposition of the Rule 35 examiner, and expert discovery), the parties must conduct discovery. Third party subpoenas, written discovery propounded by the parties on each other, and fact witness depositions must proceed.

    Accordingly, IT IS HEREBY ORDERED that the Stipulation and Order to Modify Discovery Plan and Scheduling Order to Extend Discovery Deadlines (ECF No. 49) is GRANTED to the extent the new dates identified therein are approved and adopted by the Court.

    IT IS FURTHER ORDERED that the parties must continue to conduct discovery including third-party subpoenas, written discovery, and fact witness depositions.

    IT IS FURTHER ORDERED that no further extension of discovery will be granted unless efforts to proceed with discovery are demonstrated.

    Dated this 3rd day of May, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE