**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Wendy Dayley, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC, a Nevada Limited-Liability Company d/b/a M Resort Spa and Casino; Does 1-20, inclusive; and Roe Business Entities 1-10, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-456<br><br>**Stipulation And Order to Extend Opposition to Emergency Motion by Plaintiff for Protective Order with Respect to Depositions of Wendy Dayley and Corey Dayley** |

IT IS HEREBY STIPULATED AND AGREED, by and between the above-captioned plaintiff, Wendy Dayley, by her attorneys, Cloward Trial Lawyers, and the defendant, LVGV, LLC ("LVGV"), by their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that defendants time to Opposition to Plaintiff's Emergency Motion for Protective Order is hereby extended to February 11, 2025. Presently, LVGV's response to the instant motion is due on February 10, 2025, a Monday. Counsel for the Parties have agreed that an additional day for briefing would add to the Court's understanding and would not prejudice the parties in resolving this issue.

308067752v.1

1  The parties hereby stipulate and respectfully request the Court order that LVGV's response
2  will be due on Tuesday, February 11, 2025, adding one day to the briefing schedule.

| CLOWARD TRIAL LAWYERS | WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| /s/Riley A. Clayton_____<br>Benjamin P. Cloward<br>Nevada Bar No. 11087<br>Riley A. Clayton, Esq.<br>Nevada Bar No. 5260<br>*Attorney for Plaintiff* | /s/ Michael P. Lowry_____<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Chris J. Richardson, Esq.<br>Nevada Bar No. 9166<br>*Attorney for LVGV, LLC* |
|  | IT IS SO ORDERED.<br><br>Dated this: February 10, 2025<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

-2-

308067752v.1