

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Wendy Dayley, an individual, | Case No.: 2:23-cv-456 |
| Plaintiff, | |
| vs. | **Stipulation And Order to Extend Response to Emergency Motion to Strike Defendant's Untimely Disclosed Expert, Staci Ross, PHD, and her Report** |
| LVGV, LLC, a Nevada Limited-Liability Company d/b/a M Resort Spa and Casino; Does 1-20, inclusive; and Roe Business Entities 1-10, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the above-captioned plaintiff, Wendy Dayley, by her attorneys, Cloward Trial Lawyers, and the defendant, LVGV, LLC ("LVGV"), by their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that defendants time to file a Response to Plaintiff's Emergency Motion for Protective Order is hereby extended to April 18, 2025. Presently, LVGV's response to the instant motion is due on April 11, 2025. Counsel for the Parties have agreed that an additional week for briefing would add to the Court's understanding and would not prejudice the parties in resolving this issue.

311547535v.1

The parties hereby stipulate and respectfully request the Court order that LVGV's response will be due on April 18, 2025, adding one week to the briefing schedule.

| CLOWARD TRIAL LAWYERS<br><br> /s/Riley A. Clayton_____<br>Benjamin P. Cloward<br>Nevada Bar No. 11087<br>Riley A. Clayton, Esq.<br>Nevada Bar No. 5260<br>*Attorney for Plaintiff* | **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Chris Ricahrdson\_\_\_\_\_<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Chris J. Richardson, Esq.<br>Nevada Bar No. 9166<br>*Attorney for LVGV, LLC* |
|---|---|
|  | IT IS SO ORDERED.<br><br>Dated this: April 11, 2025<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

-2-

311547535v.1