BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: ben@thefiercefirm.com
E-mail: riley@thefiercefirm.com
*Attorneys for Plaintiff*

*In association with:*
CRAIG M. MURPHY, ESQ.
Nevada Bar No. 4014
**MURPHY & MURPHY LAW OFFICES**
3900 S. Hualapai Way, Ste. 134
Las Vegas, Nevada 89147
Phone:  (702) 369-9696
Fax:  (702) 369-9630
E-mail:  craig@nvpilaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY DAYLEY,<br><br>    Plaintiff<br>v.<br><br>LVGV, LLC, a Nevada Limited-Liability Company d/b/a M Resort Spa and Casino; Does 1-20, inclusive; and Roe Business Entities 1-10, inclusive,<br><br>    Defendant | Case No.: 2:23-cv-00456-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE DOCTRINE OF RES IPSA LOQUITUR [ECF No. 70] and DEFENDANT LVGV'S MOTION FOR SUMMARY JUDGMENT [ECF No. 71]**<br><br>[ECF No. 73] |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiff, WENDY DAYLEY, and Defendant, LVGV, LLC, a Nevada Limited-Liability Company d/b/a M Resort Spa and Casino (hereinafter "LVGV"), by

and through their attorneys of record, stipulate and agree to extend the briefing schedule with respect to Defendant LVGV's Motion for Summary Judgment [ECF No. #71], which was filed on May 19, 2025, and Plaintiff's Motion For Partial Summary Judgment Regarding the Application of the Doctrine of Res Ipsa Loquitur [ECF No. #70], which was filed on May 16, 2025, as follows:

1. Plaintiff filed her Motion For Partial Summary Judgment Regarding the Application of the Doctrine of Res Ipsa Loquitur [ECF No. 70] (hereinafter "MPSJ") on Friday, May 16, 2025.

2. Defendant timely filed its Response to Plaintiff's MPSJ [ECF No. 72] on Monday, May 19, 2025.

3. The current deadline for Plaintiff's Reply in Support of Plaintiff's MPSJ is Monday, June 2, 2025 (14 days after service of Defendant's Response).

4. Defendant has agreed to provide Plaintiff with an extension until June 23, 2025, to file her Reply in Support of Plaintiff's MPSJ.

5. Defendant filed its Motion for Summary Judgment [ECF No. 71] (hereinafter "Defendant's MSJ") on Monday, May 19, 2025.

6. The current deadline for Plaintiff's Response is Monday, June 9, 2025 (21 days after service of Defendant's MSJ).

7. Defendant has agreed to provide Plaintiff with an extension until June 23, 2025, to file her Response to Defendant's MSJ.

8. Defendant's Reply in Support of Defendant's MSJ shall be due in the normal course, i.e. 14 days after service of Plaintiff's Response per LR 7-2(b).

9. The reason for this extension is due in part to Plaintiff's counsel attending a weeklong legal conference in Southern California, entitled "Trial Lawyer University," which occurs from Tuesday, June 3, 2025 to Sunday, June 8, 2025. Additionally, Plaintiff's counsel is currently working on various other dispositive motions and oppositions to dispositive motions, as well has numerous depositions in their other matters, which has further exacerbated the need for this extension. This extension will allow Plaintiff to more fully and properly prepare the

1  Opposition and Reply in Support so that this matter may be considered on the merits, which is
2  particularly important with regard to Motions for Summary Judgment.

3       10.    The parties respectfully request that the hearings on both motions be scheduled
4  for the same day. These Motions touch upon the same subject matter and are both dispositive
5  motions, especially with regard to the doctrine of Res Ipsa Loquitur. As such, hearing these
6  motions together will promote judicial economy.

7       11.    This is the parties' first request for an extension of the briefing with respect to
8  either Motion. The parties also affirm that this extension is not made with an improper purpose
9  but is made in good faith.

DATED THIS 29th of May, 2025.           DATED THIS 29th of May, 2025

**Cloward Trial Lawyers**                **Wilson Elser Moskowitz Edelman & Dicker LLP**
*/s/ Angela M. Lee*                      */s/ Chris Richardson*
RILEY A. CLAYTON, ESQ.                   MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 5260                      Nevada Bar No. 10666
ANGELA M. LEE, ESQ.                      CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 14905                     Nevada Bar No. 9166
9950 W. Cheyenne Ave.                    6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89129                  Las Vegas, Nevada 89119
*Attorneys for Plaintiff*                *Attorneys for Defendant, LVGV, LLC*

**O R D E R**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2025