

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wendy Dayley, an individual, <br><br> Plaintiff <br><br> v. <br><br> LVGV, LLC, a Nevada Limited-Liability Company d/b/a M Resort Spa and Casino; Does 1-20, inclusive; and Roe Business Entities 1-10, inclusive, <br><br> Defendant | Case No.: 2:23-cv-00456-CDS-EJY <br><br> **Order Approving Stipulation to Extend Reply in Support of LVGV's Motion for Summary Judgment** <br><br> [ECF No. 79] |

IT IS HEREBY STIPULATED AND AGREED, by and between the above-captioned plaintiff, Wendy Dayley, by her attorneys, Cloward Trial Lawyers, and the defendant, LVGV, LLC ("LVGV"), by their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that defendants time to file its Reply in Support of LVGV's Motion for Summary Judgment is hereby extended to July 14, 2025. Presently, LVGV's reply in support of the instant motion is due on July 7, 2025, a Monday. Counsel for the Parties have agreed that an additional time for briefing would add to the Court's understanding and would not prejudice the parties in resolving this issue.

///

///

315926361v.1

The parties hereby stipulate and respectfully request the Court order that LVGV's reply will be due on July 14, 2025, adding 7 days to the briefing schedule.

CLOWARD TRIAL LAWYERS



 /s/Riley A. Clayton         
Benjamin P. Cloward
Nevada Bar No. 11087
Riley A. Clayton, Esq.
Nevada Bar No. 5260
*Attorney for Plaintiff*

/s/ Michael P. Lowry      
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Chris J. Richardson, Esq.
Nevada Bar No. 9166
*Attorney for LVGV, LLC*

Based on the parties' stipulation **[ECF No. 79]**, the deadline for LVGV to reply is extended to July 14, 2025. It is ordered that the parties' stipulation to extend time to file a reply **[ECF No. 77] is denied as moot.**

Dated: July 9, 2025

_____
Cristina D. Silva
United States District Judge

-2-

315926361v.1