UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Wendy Dayley, | Case No. 2:23-cv-00456-CDS-EJY |
| Plaintiff | **Order Directing Parties to File a Joint Status Report or Dismissal** |
| v. | |
| LVGV LLC, | |
| Defendant | |

In November 2025, the parties reached a settlement and anticipated dismissing Wendy Dayley's claims within thirty days. Notice, ECF No. 82. At that time, I ordered the parties to file either a joint status report addressing settlement or a stipulation of dismissal by December 19, 2025. Min. order, ECF No. 83. That deadline passed without the parties filing a stipulated dismissal, a status report, or a request for an extension of time.

It is therefore ordered that a stipulation of dismissal, or a joint status report addressing settlement, must be filed by January 12, 2026.

Dated: January 5, 2026

_____
Cristina D. Silva
United States District Judge